**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1789**

MASTER WAHOO RAHMAAN,

        Plaintiff - Appellant,

    v.

MEDICAL UNIVERSITY OF SOUTH CAROLINA; DEPARTMENT OF HOSPITAL
SAFETY AND SECURITY; DEPARTMENT STORM EYE INSTITUTION,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  C. Weston Houck, Senior District
Judge.  (2:11-cv-03314-CWH)

Submitted:  September 11, 2012    Decided:  September 13, 2012

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Master Wahoo Rahmaan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Master Wahoo Rahmaan appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Rahmaan v. Medical Univ. of South Carolina</u>, No. 2:11-cv-03314-CWH (D.S.C. June 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>